OPINION — AG — **** MILITARY BASES — LEASES — SCHOOL CONSTRUCTION **** AN OKLAHOMA SCHOOL DISTRICT MAY NOT EXPEND MONEY FOR CONSTRUCTION OF SCHOOL FACILITIES ON LAND OWNED BY THE FEDERAL GOVERNMENT ON A MILITARY BASE. A SCHOOL DISTRICT DOES NOT HAVE THE POWER TO LEASE REAL PROPERTY FROM ANOTHER ON OR OFF A MILITARY BASE RESERVATION FOR BUILDING SITES. CITE: 70 O.S. 1961 4-22 [70-4-22], 70 O.S. 1941 114 [70-114], (W. HOWARD O'BRYAN)